UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARY TOTH, On Behalf of Herself and All Others Similarly Situated, | § § § | |
| | § | Civil Action No. 4:18-cv-0706 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ZOE'S KITCHEN, INC., GREG DOLLARHYDE, THOMAS BALDWIN, SUE COLLINS, CORDIA HARRINGTON, KEVIN MILES, and ALEC TAYLOR, | § § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Mary Toth ("Plaintiff") hereby gives notice ("Notice") that the above-captioned action ("Action") is voluntarily dismissed with prejudice as to Plaintiff, but without prejudice as to all other members of the putative class in the Action.

Defendants have neither served an answer nor moved for summary judgment.  As such, Plaintiff's dismissal of the Action is effective upon filing of this Notice.

DATED:  November 15, 2018.

Respectfully submitted,


_/s/ Thomas E. Bilek_
Thomas E. Bilek
TX Bar No. 02313525
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720

tbilek@bileklaw.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

Evan J. Smith
Marc L. Ackerman
**BRODSKY & SMITH, LLC**
Two Bala Plaza, Suite 510
Bala Cynwyd, PA  19004
Telephone: 610.667.6200
esmith@brodskysmith.com
mackerman@brodskysmith.com

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was filed via this District's CM/ECF on November 15, 2018, which caused an electronic copy of same to be served automatically upon all counsel of record.

*/s/ Thomas E. Bilek*
Thomas E. Bilek